UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHAD ANTHONY BENFIELD, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>ERIC TRIVETTE and )<br>MITZIA WADDILL, )<br>)<br>*Defendants*. ) | Case No. 2:22-cv-144<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Cynthia R. Wyrick |

## MEMORANDUM AND ORDER

Plaintiff Chad Anthony Benfield has filed a pro se prisoner's complaint under 42 U.S.C. § 1983 (Doc. 2) and a motion for leave to proceed *in forma pauperis* (Doc. 1).

It appears from Plaintiff's motion to proceed *in forma pauperis* (Doc. 1) that he lacks sufficient financial resources to pay the filing fee. Accordingly, pursuant to 28 U.S.C. § 1915, this motion is **GRANTED**.

Plaintiff is **ASSESSED** the civil filing fee of $350.00. The custodian of Plaintiff's inmate trust account is **DIRECTED** to submit to the Clerk, U.S. District Court, 220 West Depot Street, Suite 200, Greeneville, Tennessee 37743 twenty percent (20%) of Plaintiff's preceding monthly income (or income credited to Plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee of three hundred fifty dollars ($350.00) as authorized under 28 U.S.C. § 1914(a) has been paid to the Clerk. 28 U.S.C. § 1915(b)(2).

To ensure compliance with this fee-collection procedure, the Clerk is **DIRECTED** to mail a copy of this Memorandum and Order to the custodian of inmate accounts at the institution

where Plaintiff is now confined.  The Clerk is also **DIRECTED** to furnish a copy of this Order to the Court's financial deputy.  This Order shall be placed in Plaintiff's prison file and follow him if he is transferred to another correctional institution.

Pursuant to the Court's review of the complaint in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915, *see, e.g.,* 28 U.S.C. §§ 1915(e)(2) and 1915A, the Court finds that Plaintiff has stated plausible claims against (1) Defendant Trivette for cruel and unusual punishment and the violation of equal protection principles and (2) Defendant Waddill for the denial of medical care.

Accordingly, the Clerk is **DIRECTED** to send Plaintiff service packets (a blank summons and USM 285 form) for Defendants Eric Trivette and Mitzia Waddill.  Plaintiff is **ORDERED** to complete the service packets and return them to the Clerk's Office within twenty-one (21) days of receipt of this Order.  At that time, the summonses will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service.  Fed. R. Civ. P. 4.  Service on Defendants shall be made pursuant to Rule 4(e) of the Federal Rules of Civil Procedure and Rule 4.04(1) and (10) of the Tennessee Rules of Civil Procedure, either by mail or personally if mail service is not effective.  Plaintiff is forewarned that if he fails to timely return the completed service packets, this action will be dismissed.

Defendants shall answer or otherwise respond to the complaint within twenty-one (21) days from the date of service.  If any Defendant fails to timely respond to the complaint, it may result in entry of judgment by default against that Defendant.

Finally, Plaintiff is **ORDERED** to immediately inform the Court and Defendants or their counsel of record of any address changes in writing.  Pursuant to Local Rule 83.13, it is the duty of a pro se party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the

action diligently.  E.D. Tenn. L.R. 83.13.  Failure to provide a correct address to this Court within fourteen (14) days of any change in address may result in the dismissal of this action.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**